# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>ZAYCOVEN DE ARNEZ HENDERSON<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)        6:25-MJ-50<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __4/12/24 & 3/18/25__ in the county of __SMITH__ in the __EASTERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer Bobby Clawson, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 19, 2025

_____
*Judge's signature*

City and state: Tyler, TX

Hon. K. Nicole Mitchell, U.S. Magistrate Judge
*Printed name and title*