| | |
|---|---|
| DATE: | 3/19/2025 |
| LOCATION: | TYLER, TX |
| JUDGE: | K. NICOLE MITCHELL |
| DEP.CLERK: | LISA HARDWICK |
| RPTR/ECRO: | LISA HARDWICK |
| USPO: | HAROLD WATSON |
| INTERPRETER: | --------------------------- |
| START TIME: | 10:40 a.m. |
| END TIME: | 10:47 a.m. |

CASE NUMBER 6:25-MJ-00050-KNM

UNITED STATES OF AMERICA
V.
ZAYCOVEN DE ARNEZ HENDERSON

| LUCAS MACHICEK | JON HYATT |
|---|---|

## INITIAL APPEARANCE ON A COMPLAINT

| | | | |
|---|---|---|---|
| ☒ | Initial Appearance called | ☒ | Initial Appearance held |
| ☒ | Dft Appears with counsel | ☐ | Dft Appears without counsel |
| ☒ | Date of Arrest: 3/18/25 | ☒ | Dft's first appearance with counsel |
| ☒ | Dft advised of charges | ☒ | Dft advised of right to counsel |
| ☒ | Dft advised of maximum penalties | ☒ | Dft advised of right to remain silent |
| ☒ | Dft request appointed counsel, is sworn & examined re: financial status | ☒ | Court finds Dft eligible and appoints: AFPD Jon Hyatt |
| ☒ | Gvt Oral Motion for Detention | ☒ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☐ | Order of Conditions of Release | ☐ | Deft advised of the right to consular notification |
| ☒ | Waiver of Detention | ☒ | Waiver of Preliminary Hearing |
| ☐ | Order of Temporary Detention | ☐ | Detention/Bond Hearing set |
| ☒ | Order of Detention | ☐ | Waiver of Appearance by Video |
| ☒ | Order Finding Probable Cause | ☒ | Dft remanded to the custody of the US Marshal |