IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CASE NUMBER 6:25-CR-000MJ-KNM § § § § § § |
| v. | |
| ZAYCOVEN DE ARNEZ HENDERSON | |

## ORDER

Comes now the Court and finds that probable cause has been established in the above captioned criminal action and Defendant, **ZAYCOVEN DE ARNEZ HENDERSON** is held over for grand jury consideration.

ORDERED and SIGNED this 19 day of March 2025.

_____
K. Nicole Mitchell, U.S. Magistrate Judge