IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § CASE NUMBER 6:25-MJ-00050-KNM § § § § § § |
| v. | |
| ZAYCOVEN DE ARNEZ HENDERSON | |

WAIVER OF DETENTION HEARING

I, ZAYCOVEN DE ARNEZ HENDERSON, charged in a Complaint pending in this District, and having appeared before the court and been advised of my rights as required by Title 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

DATE: 3/19/2025

_____
Defendant

_____
Counsel for Defendant