# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>ZAYCOVEN DE ARNEZ HENDERSON<br><br>Defendant | )<br>)    Case No.   6:25-MJ-50<br>)<br>)<br>)<br>) |

FILED
MAR 1 9 2025
Clerk, U.S. District Court
Texas Eastern

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ZAYCOVEN DE ARNEZ HENDERSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 - Conspiracy to Possess with Intent to Distribute a Controlled Substance
21 U.S.C. 841(a)(1) - Possession with Intent to Distribute a Controlled Substance

Date:   03/19/2025

*Issuing officer's signature*

City and state:   Tyler, Texas

Hon. K. Nicole Mitchell, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3-19-25, and the person was arrested on *(date)* 3-19-25
at *(city and state)* Tyler Texas.

Date: 3-19-25

*Arresting officer's signature*

Bobby Clauson
*Printed name and title*